IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANIE LYNN Y.,

    **Plaintiff,**

vs.                                                                                  CIV NO. 1:24-cv-00721-JB-KRS

CAROLYN COLVIN,1
**Acting Commissioner of Social Security,**

    **Defendant.**

## ORDER FOR EXTENSION

THIS MATTER coming before the Court upon Defendant's Unopposed Motion for an Extension of Time (the "Motion"), (Doc. 16), it being stated that Plaintiff concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Defendant file its Answer or otherwise respond to Plaintiff's Complaint no later than January 10, 2025. **IT IS FURTHER ORDERED** that Plaintiff may file a reply, if any, be extended by fourteen (14) days, after Defendant files its brief.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

---

1 Carolyn Colvin became the Acting Commissioner of Social Security on November 30, 2024. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn Colvin should be substituted for Martin O'Malley as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).