IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANIE LYNN Y.,

    **Plaintiff,**

    vs.                                      CIV NO. 1:24-cv-00721-KRS

CAROLYN COLVIN,[1]
**Acting Commissioner of Social Security,**

    **Defendant.**

## ORDER GRANTING SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS MATTER having come before the Court upon Defendant's Second Unopposed Motion for an Extension of Time (Doc. 18), it being stated that Plaintiff concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause to grant the motion.

IT IS HEREBY ORDERED that the time for Defendant to answer or otherwise respond to Plaintiff's Motion to Reverse or Remand (Doc. 15), is extended to and including **February 10, 2025**. Plaintiff may file a reply, if any, fourteen (14) days, after Defendant files its brief.

                                                      _____
                                                      THE HONORABLE KEVIN R. SWEAZEA
                                                      UNITED STATES MAGISTRATE JUDGE

---

1 Carolyn Colvin became the Acting Commissioner of Social Security on November 30, 2024. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn Colvin should be substituted for Martin O'Malley as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).